# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Feldman, Jonathan W. | Western District of New York | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

233 United States Courthouse
100 State Street
Rochester, NY 14614

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney in Fact | POA 1 |
| 2. | Attorney in Fact | POA 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Cornell Law School, Salary | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Brighton Central School District, Salary/Consultant |
| 2. 2015 | State of NY (Defined Benefit Pension Plan) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | Feb. 5, 2015; March 12 & 26, 2015; & Nov. 5, 2015 | Ithaca, NY | Teaching related travel | Mileage and lodging |
| 2. | Cornell Law School | April 10-11, 2015 | Ithaca, NY | Judge - Moot Court Competition | Meals and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America Mortgage | Mortgage - Rental Property #1 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Sequoia Fund Inc. | A | Dividend | | | Sold | 11/04/15 | J | | |
| 3. Rental Property #1, Lee County, FL | D | Rent | N | W | | | | | |
| 4. Equitable FPV Life Ins. Policies (H) | | | | | | | | | |
| 5. Equitable FPV Life Guaranteed Interest Program | A | Interest | J | T | | | | | |
| 6. Equitable Common Stock Index | A | Dividend | J | T | | | | | |
| 7. Equitable International Equity Index | | None | J | T | | | | | |
| 8. Brokerage Account #1 (H) | | | | | | | | | |
| 9. Fidelity Core Cash (cash account) (Y) | | | | | | | | | |
| 10. Pimco Income Fund | B | Dividend | K | T | | | | | |
| 11. Brokerage Account #2 (H) | | | | | | | | | |
| 12. Merrill Edge Money Market | A | Interest | L | T | | | | | |
| 13. Alphabet Inc. Sh. Cl. C | | None | K | T | | | | | |
| 14. Alphabet Inc. Sh. Cl. A | | None | J | T | | | | | |
| 15. Apple | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 16. | | | | | Buy (add'l) | 03/02/15 | L | | |
| 17. | | | | | Buy (add'l) | 07/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/25/15 | J | | |
| 19. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 20. Blackberry | | None | | | Buy | 06/25/15 | J | | |
| 21. | | | | | Sold | 07/13/15 | J | | |
| 22. Ebay | | None | J | T | Buy (add'l) | 07/13/15 | J | | |
| 23. IEC Electrs. Corp. New | | None | K | T | Sold (part) | 02/24/15 | J | C | |
| 24. | | | | | Sold (part) | 04/22/15 | J | C | |
| 25. | | | | | Sold (part) | 05/14/15 | J | C | |
| 26. Paypal | | None | J | T | Spinoff (from line 22) | 07/23/15 | J | | |
| 27. American Century Equity Income Fund Inv. Cl. | B | Dividend | K | T | | | | | |
| 28. AMG Yacktman Focused Fund Inst | | None | | | Sold | 07/20/15 | J | C | |
| 29. Harbor International Mutual Fund | B | Dividend | K | T | | | | | |
| 30. Janus Global Life Sciences Fd. | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 31. SPDR S P Biotech | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 32. T Rowe Price Growth Stock Fd. | A | Dividend | J | T | Buy | 11/12/15 | J | | |
| 33. Vanguard Total Stock Mkt ETF | A | Dividend | K | T | Buy (add'l) | 07/23/15 | J | | |
| 34. Vanguard Dividend Appreciation ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard High Dvd Yield ETF (X) | A | Dividend | K | T | | | | | |
| 36. Pimco 0-5 Year H/Y Corp Bond Index | A | Dividend | | | Sold | 07/20/15 | K | | |
| 37. Sector SPDR Energy | A | Dividend | | | Buy | 07/23/15 | J | | |
| 38. | | | | | Sold | 11/16/15 | J | | |
| 39. Vanguard FTSE All World ex US ETF | A | Dividend | | | Sold | 07/20/15 | J | A | |
| 40. Vanguard FTSE Developed Market ETF | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 41. Vanguard Int'l Equity Idx | A | Dividend | | | Sold | 07/20/15 | J | | |
| 42. Vanguard Reit ETF | A | Dividend | | | Sold | 07/20/15 | J | A | |
| 43. Vanguard NY Long Term Tax Exempt | B | Dividend | K | T | Buy (add'l) | 07/21/15 | K | | |
| 44. Vanguard Wellesley | A | Dividend | J | T | | | | | |
| 45. IRA #1 (H) | | | | | | | | | |
| 46. Schwab Adv Cash Reserves (cash account) (Y) | | | | | | | | | |
| 47. Apple | | None | J | T | Buy | 08/11/15 | J | | |
| 48. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 49. Devon Energy Corp | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 50. American Century Equity Income Fund Inst. Cl. | B | Dividend | K | T | | | | | |
| 51. AMG Yacktman Focused Fund Svc | | None | | | Sold | 05/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMG Yacktman Focused Fund Inst | | None | | | Buy | 05/21/15 | J | | |
| 53. | | | | | Sold | 08/11/15 | J | | |
| 54. Artisan International Value Fund Inv Cl | | None | | | Sold | 05/21/15 | J | | |
| 55. Artisan International Value Fund Adv. Cl | | None | J | T | Buy | 05/21/15 | J | | |
| 56. Artisan Midcap Value | | None | J | T | | | | | |
| 57. Eaton Vance Floating Rate Cl A | A | Dividend | | | Sold | 05/21/15 | J | | |
| 58. Eaton Vance Floating Rate Cl I | A | Dividend | | | Buy | 05/21/15 | J | | |
| 59. | | | | | Sold | 08/11/15 | J | | |
| 60. First Eagle Overseas Cl A | A | Dividend | | | Sold | 05/21/15 | J | | |
| 61. First Eagle Overseas Cl I | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 62. Matthews China Small Co | A | Dividend | J | T | | | | | |
| 63. Nuance Concentrated Value | A | Dividend | J | T | | | | | |
| 64. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 65. Royce Opportunity Fund Index Cl (X) | | None | | | Sold | 03/13/15 | J | | |
| 66. Satuit Capital US Emerg Companies Fd (Y) | | | | | | | | | |
| 67. iShares S&P 500 Growth Fd | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 68. SPDR Fund Materials Select (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sector SPDR Industrial Select | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 70. Templeton Global Bond Cl A | A | Dividend | | | Sold | 05/21/15 | J | | |
| 71. Templeton Global Bond Cl I | A | Dividend | | | Buy | 05/21/15 | J | | |
| 72. | | | | | Sold | 08/11/15 | J | | |
| 73. IRA #2 (H) | | | | | | | | | |
| 74. Schwab Adv Cash Reserves (cash account) (Y) | | | | | | | | | |
| 75. Alcoa | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 76. Devon Energy Corp | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 77. Eaton Vance Floating Rate Cl A | | None | | | Sold | 05/21/15 | J | | |
| 78. Eaton Vance Floating Rate Cl I | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 79. | | | | | Sold (part) | 08/11/15 | J | | |
| 80. American Century Equity Income Fund Inv. Cl. | A | Dividend | | | Sold | 05/21/15 | J | | |
| 81. American Century Equity Income Fund Inst. Cl. | A | Dividend | K | T | Buy | 05/21/15 | J | | |
| 82. Hennessy Gas Utility Idx | A | Dividend | J | T | | | | | |
| 83. Matthews Pacific Tiger Inv Cl | | None | | | Sold | 05/21/15 | J | | |
| 84. Matthews Pacific Tiger Inst Cl | | None | J | T | Buy | 05/21/15 | J | | |
| 85. Satuit Capital US Emerg Companies Fd | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares S&P 500 Growth Fd | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 87. SPDR Fund Materials Select | A | Dividend | J | T | | | | | |
| 88. Templeton Global Bond Cl A | A | Dividend | | | Sold | 05/21/15 | J | | |
| 89. Templeton Global Bond Cl I | A | Dividend | | | Buy | 05/21/15 | J | | |
| 90. | | | | | Sold | 09/28/15 | J | | |
| 91. Vanguard Information Technology | A | Dividend | J | T | | | | | |
| 92. Vanguard Whitehall Fd High Div Yield | | None | | | Sold | 03/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: 2013 Monroe Bar Assn. raffle winner - $500 gift card

Note: 2015 RCFL Fantasy Football League winner - net $850

Note: In addition to the travel reimbursements reportable in Part IV, line 1, there were additional mileage reimbursements of a de minimis amount for teaching on January 23 and 29, February 5, 12, 19, and 26, March 5, 12, and 26, April 9 and 16, August 27, September 3, 10, 17, and 24, October 1, 8, 22, and 29, and November 5 and 19.

Note: Part VII of the 2015 report was reformatted to separately identify holdings within each brokerage account. As a result, some entries in the 2014 report will correctly correspond with multiple entries in this report.

Part VII, line 4: Income and value deleted from header line and listed separately on lines 5-7

Part VII, lines 2, 3, 4, 5, 6, 7, 13, 14, 23, 27, 28, 33, 34, 36, 43, 46, 50, 51, 54, 57, 60, 62, 66, 68, 70, 74, 77, 80, 83, 85, 87, 88, and 92: Same holdings as Part VII, lines 42, 18, 2, 3, 4, 5, 9-10, 8, 13, 15, 25, 39, 40, 38, 14, 19, 15, 25, 28, 11-12, 20, 30, 22, 32, 27, 19, 11-12, 15, 23, 22, 32, 27, and 24 of the 2014 report, respectively.

Part VII, line 24 of the 2014 report: partial sale

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 04/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan W. Feldman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544